UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 07-10365-JLT |
| | * | |
| THEODORE AGUIRRE, | * | |
| | * | |
| Defendant. | * | |

ORDER

March 18, 2014

TAURO, J.

This court hereby orders that:

1. Defendant's Request for Enlargement of Time to File Objection to Magistrate's R&R [#124] is ALLOWED.

2. Having considered Defendant's objection [#125], this court ACCEPTS and ADOPTS the February 27, 2014 Report and Recommendation [#122] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence [#109] is DENIED.

3. This case is CLOSED.

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge